IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JERMAINE BURKES, MICHAEL CROCKETT, AND RODERICK KIMBROUGH FOR AND ON BEHALF OF THEMSELVES AND OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CCBCC, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:12-CV-110(CAR) |

Filed at 8:00 A.M., 11/1, 2012
Deputy Clerk, U.S. District Court
Middle District of Georgia

## **CONSENT ORDER TO DISMISS WITH PREJUDICE**

COME NOW, PLAINTIFF'S, JERMAINE BURKES, MICHAEL CROCKETT, AND RODERICK KIMBROUGH FOR AND ON BEHALF OF THEMSELVES AND OTHER PERSONS SIMILARLY SITUATED and DEFENDANT, CCBCC, INC., in the above-styled action, by and through their undersigned counsels, and hereby consent to dismiss *with* prejudice *all* parties in the above-styled case.

Respectfully submitted this 31st day of October, 2012.

/s/ *Douglas R. Kertscher*
Douglas R. Kertscher
Georgia Bar No. 416265
*Attorney for Plaintiffs*

HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30309
Phone: (770) 953-0995
Facsimile: (770) 953-1358
E-Mail: drk@hkw-law.com

/s/ Rannon Gal
Raanon Gal
Georgia Bar No. 100281
*Attorney for Defendant*

FORD & HARRISON, LLP
271 17th Street, N.W.
Suite 1900
Atlanta, Georgia 30363
Phone: 404-888-3802
Facsimile: 404-888-3863
Email: rgal@fordharrison.com

SO ORDERED this 31st day of October, 2012

W. Louis Sands, Judge
United States District Court